No. 87–826.   GOLDBERG ET AL. *v.* SWEET, DIRECTOR, ILLINOIS DEPARTMENT OF REVENUE, ET AL.; and

No. 87–1101.   GTE SPRINT COMMUNICATIONS CORP. *v.* SWEET, DIRECTOR, ILLINOIS DEPARTMENT OF REVENUE, ET AL.   Sup. Ct. Ill.   [Probable jurisdiction noted, 484 U. S. 1057.]   Motion of appellant GTE Sprint Communications Corp. for leave to file a supplemental brief after argument granted.

No. 87–1428.   LORANCE ET AL. *v.* AT&T TECHNOLOGIES, INC., ET AL.   C. A. 7th Cir.   [Certiorari granted, *ante,* p. 887.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 87–1589.   PITTSBURGH & LAKE ERIE RAILROAD CO. *v.* RAILWAY LABOR EXECUTIVES' ASSN. ET AL.; and

No. 87–1888.   PITTSBURGH & LAKE ERIE RAILROAD CO. *v.* RAILWAY LABOR EXECUTIVES' ASSN. ET AL.   C. A. 3d Cir.   [Certiorari granted, *ante,* p. 965.]   Motion of respondents to argue these cases in tandem with No. 88–1, *Consolidated Rail Corporation* v. *Railway Labor Executives' Assn. et al.* [certiorari granted, *ante,* p. 815], denied.

No. 87–1855.   GILHOOL, SECRETARY OF EDUCATION OF PENNSYLVANIA *v.* MUTH ET AL.   C. A. 3d Cir.   [Certiorari granted, *ante,* p. 815.]   Motion of respondent Central Bucks School District for divided argument and for additional time for oral argument denied.

No. 87–1862.   CALIFORNIA ET AL. *v.* ARC AMERICA CORP. ET AL.   C. A. 9th Cir.   [Probable jurisdiction noted, *ante,* p. 814.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.   JUSTICE STEVENS and JUSTICE O'CONNOR took no part in the consideration or decision of this motion.

No. 87–1956.   FRANK, POSTMASTER GENERAL OF THE UNITED STATES, ET AL. *v.* MINNESOTA NEWSPAPER ASSN., INC.   D. C. Minn.   [Probable jurisdiction noted, *ante,* p. 815.]   Motion of appellee to dismiss the appeal denied.

No. 87–6571.   GRAHAM *v.* CONNOR ET AL.   C. A. 4th Cir.   [Certiorari granted, *ante,* p. 816.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument denied.